# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:19-cv-1209 |
| v. | § | |
| | § | JURY DEMANDED |
| PRAIRIE VIEW A&M UNIVERSITY | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Jane Doe hereby informs the Court with notice that the parties have reached a settlement of all matters involving the allegations made in the complaint and intend to file agreed documents of dismissal within sixty (60) days.

DATED:  October 1, 2019

                                                  Respectfully submitted,

                                                  **ABRAHAM, WATKINS, NICHOLS,**
                                                  **SORRELS, AGOSTO & AZIZ**

                                                  */s/Muhammad S. Aziz*
                                                  MUHAMMAD S. AZIZ
                                                  Federal ID No. 868540
                                                  State Bar No. 24043538
                                                  MICHELLE A. CIOLEK
                                                  State Bar No. 24082824
                                                  Federal ID No. 3030526
                                                  800 Commerce Street
                                                  Houston, Texas 77002
                                                  Telephone: (713) 222-7211
                                                  Facsimile: (713) 225-0827
                                                  maziz@awtxlaw.com
                                                  mciolek@awtxlaw.com

                                                  **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing instrument was served upon opposing counsel on October 1, 2019 via the Court's ECF/CMF electronic filing and service system.

                                          */s/ Muhammad S. Aziz*
                                          Muhammad S. Aziz