## EXHIBIT 1 TO SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE DOE,<br>    *Plaintiff,*<br><br>v.<br><br>PRAIRIE VIEW A&M UNIVERSITY,<br>    *Defendant.* | §<br>§<br>§<br>§    Civil Action No. 4:19-CV-1209<br>§<br>§<br>§<br>§ |

### AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Jane Doe and Defendant Prairie View A&M University jointly request that this Court enter an order dismissing all claims in the suit in the above-captioned case with prejudice.

_[signature]_
Muhammad S. Aziz
maziz@awtxlaw.com
Michelle A. Ciolek
mciolek@awtxlaw.com
ABRAHAM, WATKINS, NICHOLS, SORRELS,
AGOSTA & AZIZ
800 Commerce Street
Houston, Texas 77002
(713) 222-7211
FAX: (713) 225-0827

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

_[signature]_
H. CARL MYERS
Texas Bar No. 24046502
Southern District No. 852368
Attorney-in-Charge
GLORIENI M. AZEREDO
Texas Bar No. 24077840
Southern District No. 3339635
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station

Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
carl.myers@oag.texas.gov
glorieni.azeredo@oag.texas.gov