IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-CV-1209 |
| | § | |
| PRAIRIE VIEW A&M UNIVERSITY, | § | |
| *Defendant*. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

After considering Plaintiff Jane Doe and Defendant Prairie View A&M University's Agreed Motion to Dismiss With Prejudice, the Court finds that the Motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff Jane Doe's and Defendant Prairie View A&M University's Agreed Motion to Dismiss With Prejudice is hereby GRANTED and all claims are DISMISSED with prejudice.

SIGNED this  14th  day of  January , 2020.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE